IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| PETER DANIEL YOUNG, | ) Case No. 98-CR-91-X-01 |
| Defendant, | ) |
| and | ) |
| EVIL TWIN BOOKING, | ) |
| Garnishee Defendant. | ) |

**ORDER GRANTING APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this 26TH day of JUY 2010.

BY THE COURT:

STEPHEN L. CROCKER
District Magistrate Judge