IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PETER DANIEL YOUNG, ) | Case No. 98-CR-91-X-01 |
| ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| EVIL TWIN BOOKING, ) | |
| ) | |
| Garnishee Defendant. ) | |

**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT**

You are hereby notified that a portion of your wages is being taken by the United States of America which has a judgment in Case No. 98-CR-91-X-01 in the sum of $254,840.00 for restitution. As of July 15, 2010, a balance of $253,516.00 remains outstanding.

In addition, you are hereby notified that there are exemptions under the law which may protect some of this property from being taken by the United States government if you can show that the exemptions apply.

Seventy-five (75%) percent of your disposable earnings from each pay period are exempt. Your "disposable earnings" are those remaining after social security and federal and state income taxes are withheld. The benefits of this exemption are limited to the extent reasonably necessary for your support and the support of your dependents, but not to less than 30 times the greater of the state or federal minimum wage.

If you are Peter Daniel Young, you have a right to ask the court to return your property to you if you think the property the government is taking qualifies under the above exemption.

If you want a hearing, you must notify the Court within 20 days after you receive this notice. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court at 120 North Henry Street, Room 320, Madison, Wisconsin 53703. If you wish, you may use the attached document entitled "Debtor's Request for Hearing." You must also send a copy of your request to the United States Attorney, attention Financial Litigation Unit, at 660 W. Washington Avenue, Suite 303, Madison, Wisconsin 53703, so the government will know you want a hearing. The hearing will take place within five days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing, you may explain to the judge why you believe the property the government has taken is exempt.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of Court at 120 North Henry Street, Room 320, Madison, WI 53703. You must also send a copy of your request to the Government at U.S. Attorney's Office, 660 W. Washington Ave., Suite 303, Madison, WI 53703, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of Court. The clerk is not permitted to give legal advice, but can refer you to other sources of information.

*Peter Oppeneer*
PETER OPPENEER
U. S. CLERK OF COURT