IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,                                    ORDER

v.                                                       98-cr-91-slc

PETER DANIEL YOUNG,

        Defendant,

and

EVIL TWIN BOOKING,

        Garnishee Defendant.

---

Upon petition of the United States and for cause shown,

IT IS ORDERED that Evil Twin Booking ("Garnishee Defendant"), appear before this court in Courtroom 460, 120 North Henry Street, Madison, Wisconsin on October 20, 2010, at 1:00 p.m., and show good cause why Garnishee Defendant failed to answer the Writ of Continuing Garnishment and show good cause as to why the court should not order a judgment against the Garnishee Defendant for the value of non-exempt disposable earnings unpaid as of the date of this order.

Entered this 20th day of September, 2010.

                                                          BY THE COURT:

                                                          /s/

                                                          STEPHEN L. CROCKER
                                                          Magistrate Judge